FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2024-2705
_____

ANTHONY SCOCOZZO,

Petitioner,

v.

JUDGE PHILLIP PENA,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


February 26, 2025


PER CURIAM.

The Court withdraws the order issued December 5, 2024, and substitutes this decision in its place.

DISMISSED. *See Logan v. State*, 846 So. 2d 472 (Fla. 2003) (holding that generally, a criminal defendant cannot proceed pro se while represented by counsel).

B.L. THOMAS, ROWE, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Anthony Scocozzo, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.